**In Re: Terry Joseph Taylor   xxx-xx-3421**
**Tonya Roberson Taylor   xxx-xx-1290**

**PAYROLL DEDUCTION**

**The Court is requested to order payment withheld from female Debtor's earnings at Family Dollar in the amount of  $405.23 bi-Weekly to be submitted by said employer to the Trustee.**


*11-24-10*                                                     */s/ Terry J. Taylor*

*11-24-10*                                                     */s/ Tonya Roberson Taylor*